# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| RICHARD MAURICE JARRELL, | : | Case No. 3:19-cv-349 |
| | : | |
| Plaintiff, | : | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| vs. | : | |
| | : | |
| ARMY REVIEW BOARDS AGENCY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

# ORDER

This case is presently before the Court upon Defendants' Motion to File Documents Under Seal (Doc. #8). Pursuant to Fed. R. Civ. P. 5.2, it is hereby

**ORDERED** that:

1. Defendants' Motion to File Documents Under Seal (Doc. #8) is GRANTED in part;

2. Defendants must redact Plaintiff's and his brother's identifiers from all exhibits they intend to attach to Defendant United States' declaration before filing them; and

3. Defendants' Motion to File Documents Under Seal (Doc. #8) is otherwise DENIED.

March 6, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge