# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

RICHARD MAURICE JARRELL,          :
                                       :          Case No. 3:19-cv-00349
        Plaintiffs,          :
                                         :          District Judge Thomas M. Rose
vs.          :          Magistrate Judge Sharon L. Ovington
                                       :
ARMY REVIEW BOARDS AGENCY,  :          **DECISION AND ENTRY**
*et al.*,          :
                                       :
        Defendants.          :

The Court has conducted a <u>de novo</u> review of the Report and Recommendations of United States Magistrate Judge Sharon L. Ovington (Doc. #18), to whom this case was originally referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendations.

It is therefore **ORDERED** that:

1.    The Report and Recommendations docketed on May 5, 2020 (Doc. #18) is ADOPTED in full;

2.    Defendants' Motion to Dismiss (Doc. #10) Plaintiff's Complaint is GRANTED; and

3.    The case is TERMINATED on the docket of the Court.

June 3, 2020                              *s/Thomas M. Rose

                                                      _____
                                                         Thomas M. Rose
                                        United States District Judge